Argued and submitted November 20, affirmed December 19, 2001, petition for review allowed March 12, 2002 (333 Or 567)
See later issue Oregon Reports

In the Matter of the Compensation of
Charles R. Gode, Claimant.

Charles R. GODE,
*Petitioner,*

*v.*

SAIF CORPORATION
and Armstrong Mfg. Co.,
*Respondents.*

WCB No. 00-06287; A113261

37 P3d 1030

Floyd H. Shebley argued the cause and filed the brief for petitioner.

David L. Runner argued the cause and filed the brief for respondents.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *SAIF v. Lewis*, 170 Or App 201, 12 P3d 498 (2000), *rev allowed* 331 Or 692 (2001).

Wollheim, J., concurring.

**WOLLHEIM, J.,** concurring.

I concur here because the result is mandated by *SAIF v. Lewis,* 170 Or App 201, 12 P3d 498 (2000), *rev allowed* 331 Or 692 (2001). However, it is undisputed that claimant's headaches are compensable. Claimant's attending physician, SAIF's physician, and the medical arbiter all agree that claimant's compensable headaches have caused claimant to be unable to perform his regular employment as a design engineer. Yet, claimant will not be compensated for this loss because the technology does not exist to reproduce, measure, or observe claimant's headaches.